IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY BOUTELL, BRIAN STOUT,
SHANE MORN and ROGER ANDERSON,
 on behalf of themselves and all others similarly situated,

                              Plaintiffs,

     v.

CRAFTMASTER PAINTING, LLC,

                              Defendant.

ORDER

17-cv-317-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this case brought under the Fair Labor Standards Act, 28 U.S.C. § 216, plaintiffs Anthony Boutell, Brian Stout, Shane Morn and Roger Anderson have moved for conditional certification of a class of all hourly jobsite employees who worked for the defendant Craftmaster Painting, LLC, during the time period of April 28, 2014 to the present. Dkt. #17. Defendant does not oppose conditional certification. Dkt. #24. After reviewing plaintiffs' brief in support of conditional certification, I agree that conditional certification is appropriate in this case. Therefore, I am granting the motion.

ORDER

IT IS ORDERED that

1. Plaintiffs' motion for conditional certification, dkt. #17, is GRANTED.

2. Defendant Craftmaster Painting, LLC, shall produce to plaintiffs within 14 days

1

of this order a list, in electronic format, of all hourly jobsite employees who worked for defendant during the time period of April 28, 2014 to the present, including their name, mailing address and dates of employment.

3. Within 10 days of receiving the mailing list from defendant, plaintiffs shall mail the revised class notice, dkt. #25-1, and opt-in form, dkt. #17-2. The class notice should provide collective action members 60 days to file consent forms.

Entered this 28th day of December, 2017.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge