## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

Anthony Boutell
Brian Stout
Shane Morn
Roger Anderson

On behalf of themselves and
all others similarly situated

     Plaintiffs

     v.                              **Case No.**  17-cv-317

Craftmaster Painting, LLC
     Defendant.

### JOINT MOTION FOR FINAL CLASS CERTIFICATION, PRELIMINARY SETTLEMENT APPROVAL, AND APPROVAL OF CLASS NOTICE

The parties, by their attorneys, hereby move the Court to enter an order that:

1.     Grants final approval for settlement purposes for the FLSA and Rule 23 classes that the Court had previously certified in docket #26 and docket #53.

2.     Grants preliminary approval for the settlement of all class claims reached by the parties, which is attached to this motion as Exhibit A.

3.     Authorizes Class Counsel to mail to all class members the Class Notices, claim forms, and opt out forms agreed upon by the parties as applicable, which are attached to this motion as Exhibits B-F; and to provide class members with 30 days from the date of mailing to submit claim forms, opt-out forms, and objections to the settlement.

4.     Sets a date and time for the final settlement approval hearing; as well as a deadline for the parties to submit their motion for final approval of settlement, fee petition, and class representative incentive award petition.

This motion is supported by the attached memorandum of law, the Declaration of Yingtao

Ho, as well as the exhibits attached to this motion.

Respectfully submitted this 11th day of January, 2019.


s/Yingtao Ho_____
Yingtao Ho
Email: yh@previant.com
Wis.  Bar #1045418
Attorney for Plaintiffs
The Previant Law Firm S.C.
310 W. Wisconsin Avenue, Suite 100MW
Milwaukee, WI   53203
Telephone: 414-271-4500
Fax: 414-271-6308

s/Douglas E. Witte_____
Douglas E. Witte (SBN 1016427)
Attorney for Defendant
BOARDMAN & CLARK, LLP
1 S. Pinckney Street, Suite 410
P.O. Box 927
Madison, WI 53701
Tel: 608-257-9521
Fax: 608-283-1709
E-Mail: dwitte@boardmanclark.com