UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**Anthony Boutell**
**Brian Stout**
**Shane Morn**
**Roger Anderson**

**On behalf of themselves and
all others similarly situated**

    **Plaintiffs**

    **v.**                                 **Case No.** 17-cv-317

**Craftmaster Painting, LLC**

    **Defendant.**

---

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT

---

Pursuant to 29 U.S.C. §216(c) and Rule 23(e) of the Federal Rules of Civil Procedure; which respectively prohibit private settlements of FLSA claims and require court approval for class settlements, Plaintiffs hereby jointly move this Court for an Order granting final approval to the FLSA collective and Rule 23 class action settlements of this matter. This motion is supported by the attached memorandum of law, declaration and supporting exhibits, and on the entire record herein.

Dated:  March 29, 2019.

                                          By:   /s/Yingtao Ho_____
                                                    Yingtao Ho (SBN 1045418)
                                                    Attorney for Plaintiffs
                                                    The Previant Law Firm S.C.
                                                    310 West Wisconsin Ave. Suite 100MW
                                                    Milwaukee, WI  53202
                                                     414-271-4500 (Telephone)
                                                     414-271-6308 (Fax)
                                                     Email: yh@previant.com