UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Anthony Boutell at al.

**On behalf of themselves and
all others similarly situated**

    Plaintiffs

    v.                                                    Case No. 17-cv-317

**Craftmaster Painting, LLC
Defendant.**

## ORDER

Having considered the parties' joint motion for final settlement approval and supporting papers, Class Counsel's fee petition and supporting papers, as well as representations made by the parties' counsel at the final settlement approval hearing, IT IS HEREBY ORDERED that:

1. Both the parties' joint motion for final settlement approval and Class Counsel's fee petition are hereby granted.

2. Defendant Craftmaster Painting, LLC shall make to the Named Plaintiffs and class members the payments outlined in the "Total Payout" column of exhibit 1 to this Order, to be divided between wages and non-wages as provided by the "Wages" and "Non-Wages" columns of exhibit 1 to this Order, within the time limits outlined in paragraph 6(b) of the parties' approved settlement agreement.

Signed this 3rd day of September, 2019.

                                                               Hon. Barbara Crabb
                                                              U.S. District Court Judge

| Name | Total Payout | Wages | Non-Wages |
|---|---|---|---|
| Jason A. Warichak | $1,979.43 | $1,319.62 | $659.81 |
| Jason A. Skenandore | $2,188.28 | $1,458.85 | $729.43 |
| Matthew Sherwood | $323.04 | $215.36 | $107.68 |
| Brian Kelley | $961.86 | $641.24 | $320.62 |
| Steven Wyman | $1,746.10 | $1,164.07 | $582.03 |
| Enrique Avina Sr. | $20.19 | $13.46 | $6.73 |
| Bryan Michalak | $157.48 | $104.99 | $52.49 |
| Nick Adams | $0.00 | $0.00 | $0.00 |
| Joseph Barg | $80.76 | $53.84 | $26.92 |
| Raul Juarez | $383.61 | $255.74 | $127.87 |
| Ken Misher | $2,966.82 | $1,977.88 | $988.94 |
| Zach Neumann | $60.57 | $40.38 | $20.19 |
| Jon Klaus | $3,217.88 | $1,932.70 | $1,285.18 |
| Jennifer Pryzbyla | $5,284.51 | $3,354.01 | $1,930.50 |
| Luke Wszelaki | $1,302.74 | $777.49 | $525.25 |
| Jose Cruz | $300.00 | $188.89 | $111.11 |
| Jeffrey Kipp | $40.00 | $20.00 | $20.00 |
| John Powell | $13.33 | $6.67 | $6.67 |
| Mitchell Klopp | $173.33 | $86.67 | $86.67 |
| Anthony Brown | $66.67 | $33.33 | $33.33 |
| Joseph Rabideaux | $13.33 | $6.67 | $6.67 |
| Jeremy Cashmore | $13.33 | $6.67 | $6.67 |
| Brian Costigan | $66.67 | $33.33 | $33.33 |
| Shalyn Kreil | $26.67 | $13.33 | $13.33 |
| Nick Adams | $13.33 | $6.67 | $6.67 |
| Chris Wojtecki | $2,477.53 | $1,471.58 | $1,005.96 |
| Crystal Ahles | $80.00 | $40.00 | $40.00 |
| Luke Schweiner | $392.68 | $259.56 | $133.12 |
| Anthony Boutell | $3,935.77 | $2,439.18 | $1,496.59 |
| Brian Stout | $3,530.64 | $2,044.93 | $1,485.71 |
| Krystal Cribb | $5,572.03 | $3,525.69 | $2,046.34 |
| Shane Morn | $320.00 | $160.00 | $160.00 |
| Roger Anderson | $839.00 | $496.00 | $343.00 |
| Long | $1,572.06 | $1,048.04 | $524.02 |
| Radusin | $89.33 | $59.56 | $29.78 |
| Casey | $78.75 | $52.50 | $26.25 |
| Bullock | $937.35 | $624.90 | $312.45 |
| Gomez | $4,218.13 | $2,812.09 | $1,406.04 |
| Ayres | $982.00 | $654.67 | $327.33 |
| Shields | $90.67 | $60.44 | $30.22 |
| Cartwright | $201.72 | $134.48 | $67.24 |
| Pedroza | $233.99 | $155.99 | $78.00 |
| Meistad | $297.92 | $198.61 | $99.31 |
| Koutnik | $700.17 | $466.78 | $233.39 |
| Hetzel | $1,307.28 | $871.52 | $435.76 |
| Brauer | $901.69 | $601.13 | $300.56 |